PO BOX 1391
SOUTHGATE, MI 48195-0391



**Diversified Consultants, Inc.**
800-604-0064
Hours of Operation:
Monday – Thursday  8AM to 11PM EST
Friday  8AM to 10PM EST
Saturday  9AM to 4PM EST

06/03/16

Danielle Pennzello
16 Alan St
Holbrook, NY 11741-1107

Original Creditor: VERIZON WIRELESS
Current Creditor: VERIZON WIRELESS
Agency Reference Number: ▇0806
Account Number: ▇0001
Current Balance: $107.35

| Total Debt Due As of Charge-Off: | Total Interest Accrued Since Charge-Off: | Total Non-Interest Charges or Fees Since Charge-Off: | Total of Payments Made On the Debt Since Charge-Off: |
|---|---|---|---|
| $90.98 | N/A | $16.37 | N/A |

This Notice is to inform you that your account with VERIZON WIRELESS has been referred to our office for collections. Please contact our office to discuss this matter.

Unless you notify this office within 30 days of receiving this notice that you dispute the validity of this debt or any portion thereof, this office will assume this debt is valid. If you notify this office in writing within 30 days from receiving this notice that you dispute the validity of this debt or any portion thereof, this office will obtain verification of the debt or obtain a copy of a judgment and mail you a copy of such judgment or verification. If you request this office in writing within 30 days after receiving this notice, this office will provide you with the name and address of the original creditor, if different from the current creditor.

Calls to or from this company may be monitored or recorded.

This is an attempt to collect a debt. Any information obtained will be used for that purpose. This communication is from a debt collector.

Sincerely,

Michael Anna
Diversified Consultants, Inc.
PO Box 551268
Jacksonville, FL  32255-1268

**NOTICE: Please turn this notice over for important information about your rights.**

DCI\00100\237197780081                                                                                                      3260\0002009\0008

---

Detach and Return with Payment                                                                                              00100

**To pay by credit card, please complete the information below:**

**Amount Due: $107.35**

Check One:      ☐ VISA      ☐ MasterCard      ☐ AMEX      ☐ Check

Card Number: ☐☐☐☐ ☐☐☐☐ ☐☐☐☐ ☐☐☐☐

**Amount Submitted:**

Expiration Date: ☐☐☐☐     CCV#: ☐☐☐  Last 3 digits on back of card

$ ☐☐☐☐☐ . ☐☐

Signature of Cardholder: _____

Cardholder Name: _____
Cardholder Billing Address: _____
_____
_____

Original Creditor: VERIZON WIRELESS
Current Creditor: VERIZON WIRELESS
Agency Reference Number: ▇0806
Account Number: ▇0001
Current Balance: $107.35

DIVERSIFIED CONSULTANTS, INC.
PO BOX 551268
JACKSONVILLE, FL 32255-1268

800-604-0064

We are required under state law to notify consumers of the following rights. This list does not contain a complete list of the rights consumers have under state and federal law.

New York City Department of Consumer Affairs License Number: 1202819

We are required by regulation of the New York State Department of Financial Services to notify you of the following information. This information is NOT legal advice. Debt collectors, in accordance with the Fair Debt Collection Practices Act, 15 U.S.C. § 1692 et seq., are prohibited from engaging in abusive, deceptive, and unfair debt collection efforts, including but not limited to:
(i) the use or threat of violence;
(ii) the use of obscene or profane language; and
(iii) repeated phone calls made with the intent to annoy, abuse, or harass.

If a creditor or debt collector receives a money judgment against you in court, state and federal laws may prevent the following types of income from being taken to pay the debt:
1. Supplemental security income, (SSI);
2. Social security;
3. Public assistance (welfare);
4. Spousal support, maintenance (alimony) or child support;
5. Unemployment benefits;
6. Disability benefits;
7. Workers' compensation benefits;
8. Public or private pensions;
9. Veterans' benefits;
10. Federal student loans, federal student grants, and federal work study funds; and
11. Ninety percent of your wages or salary earned in the last sixty days.